# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CHARLIE M. CABRERA,

    Petitioner,

vs.

DWIGHT NEVEN, et al.,

    Respondents.

Case No. 2:14-cv-02162-JCM-GWF

**ORDER**

    Petitioner has filed a motion for appointment of counsel (#12) and a motion for transmission of records (#15). The court has dismissed this action, and petitioner has appealed. Petitioner needs to direct his requests to the court of appeals.

    IT IS THEREFORE ORDERED that the motion for appointment of counsel (#12) is **DENIED**.

    IT IS FURTHER ORDERED that the motion for transmission of records (#15) is **DENIED**.

    DATED: January 25, 2016.

                                                  JAMES C. MAHAN
                                                  United States District Judge